NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CLOUD SATCHEL, LLC,**

*Plaintiff-Appellant*

**v.**

**BARNES & NOBLE, INC., AMAZON.COM,**

*Defendants-Appellees*

---

2015-1261, 2015-1262

---

Appeals from the United States District Court for the District of Delaware in No. 1:13-cv-00942-SLR-SRF, Judge Sue L. Robinson.

---

## JUDGMENT

---

DAVID P. SWENSON, Farney Daniels PC, Minneapolis, MN, argued for appellant. Also represented by PETER THOMAS.

ABBY M. MOLLEN, Barlit Beck Herman Palenchar & Scott LLP, Chicago, IL, argued for appellees. Appellee Barnes & Noble, Inc., also represented by JAMES S. BLACKBURN, Arnold & Porter, LLP, Los Angeles, CA; MATTHEW WOLF, Washington, DC; Willow White Noonan, San Francisco, CA. Appellee Amazon.com also represent-

ed by ADAM MORTARA, Bartlit Beck Herman Palenchar & Scott LLP, Chicago, IL; JEFFREY H. DEAN, Amazon.com, Inc., Seattle, WA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* CLEVENGER and MOORE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 17, 2015        /s/ Daniel E. O'Toole
        Date                  Daniel E. O'Toole
                               Clerk of Court